ENTERED ON DOCKET

8/31/99 PURSUANT

TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| CARLOS A. LUGO-RAMIREZ, AWILDA ESCLAVON-MATIAS, and the conjugal partnership they constitute, <br><br> Plaintiffs, <br><br> v. <br><br> BAXTER HEALTHCARE CORPORATION OF PUERTO RICO, INC., <br><br> Defendant. | Civil No. 97-2305 (JAF) |

# JUDGMENT

On the basis of the terms and conditions of an Opinion and Order subscribed by the court today, judgment is entered dismissing this case.

San Juan, Puerto Rico, this 30th day of August, 1999.

JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)